# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOBYTEL INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. SACV 15-00037-JLS (DFMx)<br><br>**ASSET RESTRAINT ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED** |

1  Whereas plaintiff Autobytel Inc. ("Autobytel") has established: (i) that *ex
2  parte* relief is necessary to give effect to the remedies afforded Autobytel by law
3  under 15 U.S.C. § 1114; (ii) that Autobytel is likely to succeed in showing that the
4  Defendants used a counterfeit mark in connection with the sale, offering for sale,
5  or distribution of goods or services; (iii) that an immediate and irreparable injury
6  will occur if a temporary restraining order in the form of an asset restraint order is
7  not issued; (iv) and that the harm to Autobytel from denying the application
8  outweighs the potential harm to Defendants from granting the temporary
9  restraining order.

10  Therefore, pursuant to Autobytel's *Ex Parte* Application for Asset Restraint
11  Order and Order to Show Cause Why a Preliminary Injunction Should Not Be
12  Issued, Plaintiff's Memorandum of Points and Authorities in support thereof, and
13  good cause appearing, it is hereby:

14  ORDERED:

15  (1)  Barclays Bank and Escrow.com are hereby temporarily restrained and
16  enjoined pending the hearing on this Order to Show Cause from transferring,
17  disposing of, or secreting any monies of any person or entity associated with the
18  following websites without prior approval of this Court:

19  • Autobytel.com.au.mn/for-buyer-and-seller;
20  • Autobytel.com.br.tc/easy-buy-and-sell;
21  • Autobytel.gov.tr.vu/for-your-own-safely;
22  • Autobytel.mooo.com/for-your-own-safely;
23  • Autobytel-easy-transaction.com.br.tc/easy_buy_and_sell;
24  • Autobytel-purchase-protection.freeiz.com/shop-with-confidence;
25  • Autobytel-smart-choice.com.au.tc/for-your-own-safely;
26  • Autobytel.com.128bits-ssl.com/high-confidence-program;
27  • Autobytel.com.confidence.online.128ssl.online-sho.com/main;
28  • Autobytel.com.online.vehicle.simple-steps-click.com/ssl-connection;

-1-

1 • Autobytel-canada.com/contact_us.htm;
2 • Autobytel.co.cc;
3 • Autobytel-canada.com;
4 • Autobytel.com.vehicle.gs-update-confident.com/us-en;
5 • Autobytel.com.vehicle-online-protect.com/us-en; and
6 • Autobytel-Inc.com
7 • any other domain name that includes the "Autobytel" name or any
8 variation, combination, misspelling, or colorable imitation thereof
9 (collectively, the "Counterfeit Websites").
10 (2) Barclays Bank and Escrow.com are hereby temporarily restrained and
11 enjoined pending the hearing on this Order to Show Cause from accepting any
12 monies on behalf of any person or entity associated with the Counterfeit Websites
13 without prior approval of this Court.
14 (3) Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Barclays
15 Bank and Escrow.com shall make available to Plaintiff's attorney, within five (5)
16 days from the date of service of this order, for inspection and copying, all
17 accountant's reports, bank statements, certificates of deposit notes or bonds,
18 checking accounts, money market accounts, saving accounts, or other financial
19 institution records relating to the receipt or transfer of any monies to, from or on
20 behalf of any person or entity associated with the Counterfeit Websites.
21 (4) On two days' written notice to this Court and Plaintiff, Defendants,
22 Barclays Bank, or Escrow.com may appear and move for the dissolution or
23 modification of this order.
24 (5) Plaintiff shall not be required to post a bond.
25 (6) Defendants, Barclays Bank and Escrow.com are hereby ordered to
26 show cause before this Court in Courtroom 10-A, United States District Court for
27 the Central District of California, on January 26, 2015, at 1:30 p.m. why an order
28

should not be entered granting Autobytel a preliminary injunction in the terms of the temporary restraining order.

(7) Defendants, Barclays Bank and Escrow.com are hereby given notice that failure to attend the hearing scheduled herein may result in the issuance of a Preliminary Injunction on the same or equivalent terms as this Temporary Restraining Order.

(8) Defendants, Barclays Bank and Escrow.com are further hereby given notice that violation of any of the terms of this Order may be considered contempt of court.

IT IS SO ORDERED.

Dated: January 16, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE