KARLA J. KRAFT (State Bar 205530)
  kkraft@sycr.com
DOUGLAS Q. HAHN (State Bar 257559)
  dhahn@sycr.com
SALIL BALI (State Bar 263001)
  sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

Attorneys for Plaintiff
AUTOBYTEL INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOBYTEL INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>DOES 1-10,<br><br>            Defendants. | Civil Action No. 8:15-cv-00037-JLS (DFMx)<br><br>**HON. JOSEPHINE L. STATON**<br><br>**STATUS REPORT SUBMITTED BY PLAINTIFF PURSUANT TO MARCH 1, 2016 ORDER** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STATUS REPORT

LITIOC/2128404v1/103246-0002

1  Plaintiff Autobytel Inc. ("Autobytel") hereby submits its status report to the
2  Court and requests that the Temporary Restraining Order currently in place in this
3  matter ("TRO") be extended for ten weeks, until and including July 8, 2016, in
4  advance of which date Autobytel shall submit a written status report and may
5  request a further extension of the TRO.

6  Autobytel continues to provide information to law enforcement and industry
7  experts to identify and locate the perpetrators of the trademark and copyright
8  infringement and consumer fraud at issue in this case.  Law enforcement agencies
9  with which Autobytel is coordinating previously and successfully pursued several
10 organized cyber-crime rings running similar scams using other companies'
11 trademarks and information.  Law enforcement is continuing its investigation;
12 however, given the international nature of the scheme, Autobytel has been
13 cautioned that such investigations are lengthy and time consuming.  At the request
14 of law enforcement, Autobytel cannot share additional details in a public filing.  If
15 the Court wishes, Autobytel can provide more information *in camera*.

16 The Temporary Restraining Order continues to have a positive effect and
17 should remain in place while the criminal investigation is ongoing.  There has been
18 an apparent decrease in infringing activity, and we reasonably believe that the
19 existence of the TRO and its impact on hosts and registrars as well as banks is
20 most, if not all, of the reason why.  The existence of the TRO and the related asset
21 restraint order has prevented and continues to prevent transfers of funds from the
22 victims to the perpetrators, and continues to facilitate the takedown of fraudulent
23 sites and the gathering of relevant information.  Further, any information obtained
24 from cooperating third parties (who were served with subpoenas pursuant to the
25 TRO) is immediately passed on to law enforcement to assist in their investigation.

26 As previously highlighted, the perpetrators are purposely hiding their
27 identity from discovery, and undoubtedly have knowledge of the TRO and this
28 lawsuit due to the flow of funds being stopped by their banks and their websites

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
STATUS REPORT

LITIOC/2128404v1/103246-0002

1  being repeatedly taken down by their hosts.  If the perpetrators were willing to
2  reveal themselves to appear in this court and defend against the TRO, they could
3  readily do so, but they continue to purposefully conceal themselves.
4      In light of the foregoing, Autobytel respectfully requests that the TRO be
5  continued for ten weeks, until and including July 8, 2016.  Autobytel suggests that
6  it shall submit a written status report no later than seven days in advance of July 8,
7  2016, and may request a further extension of the TRO as part of that status report.

9  DATED: April 22, 2016        Respectfully submitted,
10         STRADLING YOCCA CARLSON & RAUTH

12     By:  */s/* Karla J. Kraft
13         Karla J. Kraft
           Douglas Q. Hahn
14         Salil Bali
           Attorneys for Plaintiff
           AUTOBYTEL INC.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
STATUS REPORT

LITIOC/2128404v1/103246-0002